**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7224**

THOMAS P. VITRANO,

                Petitioner - Appellant,

      v.

JENNIFER SAAD, Warden,

                Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, District Judge. (1:15-cv-00220-IMK-JES)

Submitted: April 17, 2017                 Decided: April 26, 2017

Before MOTZ, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas P. Vitrano, Appellant Pro Se. Helen Campbell Altmeyer, Erin Carter Tison, Assistant United States Attorneys, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas P. Vitrano, a federal prisoner, appeals the district court's order accepting the magistrate judge's finding that Vitrano failed to exhaust administrative remedies before filing his 28 U.S.C. § 2241 (2012) petition, concluding that waiving the exhaustion requirement served the interest of judicial economy, and denying relief on the merits. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Vitrano v. Saad*, No. 1:15-cv-00220-IMK-JES (N.D. W. Va. Aug. 31, 2016). We deny Vitrano's motion for transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*